UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRIS CICOLETTI, | : |
| Plaintiff, | : |
| | : No. 7:13-cv-01804-ER |
| v. | : |
| CAVALRY PORTFOLIO SERVICES, LLC, | : **RULE 7.1 DISCLOSURE** |
| Defendant. | : |

Pursuant to Rule 7.1, the defendant, Cavalry Portfolio Services, LLC states as follows:

1. The defendant, Cavalry Portfolio Services, LLC, is wholly owned by Cavalry Investments, LLC.

2. Cavalry Investments, LLC is in turn wholly owned by Cavalry Investments Holdings, LLC, which is not a publicly traded company.

Date: April 26, 2013

THE DEFENDANT
CAVALRY PORTFOLIO
SERVICES, LLC

By:_____/s/_____
     Jonathan D. Elliot

Zeldes, Needle & Cooper, P.C.
1000 Lafayette Boulevard
Bridgeport, CT  06604
Tel: 203-333-9441
Fax: 203-333-1489
E-Mail:  jelliot@znclaw.com

Its Attorneys

## **CERTIFICATION**

      I hereby certify that on April 26, 2013, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                     /s/
                                     Jonathan D. Elliot